UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA JAMES,

          Plaintiff,

v.

ALLIED FINANCIAL GROUP LLC,
MICHAEL ARTHUR BOVINO,

          Defendants.
_____/

Case No. 1:15-cv-65

HON. ROBERT J. JONKER

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this Notice of Dismissal, to dismiss this lawsuit, with prejudice, as to all defendants.

Dated: April 10, 2015

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com